IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$16,300.00 IN UNITED STATES CURRENCY,

       Defendant.
_____

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***
_____

The United States of America, by and through Acting United States Attorney Cole Finegan and Assistant United States Attorney Kurt J. Bohn, pursuant to Supplemental Rules for Admiralty, Maritime and Asset Forfeiture Claims G(2), states:

### JURISDICTION AND VENUE

1.    The United States of America (the "United States") has commenced this action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881 seeking forfeiture of defendant properties based upon violations of 21 U.S.C. § 801, *et seq*. This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2.    Venue is proper under 21 U.S.C. § 881(j) and 28 U.S.C. § 1395, as the defendant property is located, and some of the acts described herein occurred, in the District of Colorado.

### DEFENDANT PROPERTY

3.    Defendant $16,300.00 in United States currency ("defendant

1

$16,300.00 in U.S. currency") was seized on April 12, 2022, in Denver, Colorado, and is currently being held by the Bureau of Alcohol, Tobacco, Firearms, and Explosives, in Washington, D.C.

## FACTUAL BASIS FOR FORFEITURE

Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

## INVESTIGATION

4. On July 10, 2020, Moses Fernandez, Paul Baca, and Devon Montoya discharged numerous rounds into an occupied structure located at 9793 Downing Street, Thornton, Colorado. The residence was occupied by Sandra Castro, Carlos Castro, and Amber Castro at the time of the incident. Responding officers documented that the residence had been struck by at least fourteen fired bullets. Officers recovered twenty spent shell casings which consisted of forty-five caliber, forty caliber and 9mm.

5. On March 2021, Moses Fernandez, Isaiah Martinez, Devon Montoya and additional yet unknown individuals were walking in the 1000 block alley of Galapago Street/Inca Street, Denver, Colorado. A sedan drove slowly down the alley and stopped within close proximity of Moses Fernandez and his associates. Moses Fernandez and his associates then discharged numerous rounds towards the unknown victim inside of the sedan as it traveled northbound on the alley and

2

then westbound on 10th Avenue. Responding officers recovered fourteen spent shell casings which consisted of forty-five caliber and 9mm.

6. On March 28, 2022, Denver Police Detective Jake Robb informed other investigators that Devon Montoya was supposed to meet with his probation officer on March 28, 2022, at 1600 hours. At approximately 1620 hours, Devon Montoya was observed exiting the probation office and walking to a white Nissan Maxima. Devon Montoya was eventually followed to the Westbury Apartments located at 11590 N. Pecos Street, Westminster, CO.  Montoya was observed walking towards Building B.

7. On March 29, 2022, while conducting surveillance at 11590 N. Pecos Street, Building B investigators observed Devon Montoya locking the door to unit B101 with keys. While he was locking the door, TFO Pell observed a black handle to a Glock style handgun, equipped with an extended magazine, protruding from Devon Montoya's right front pants pocket.

8. Devon Montoya is prohibited from possessing a firearm from a Domestic Violence/Third Degree Assault conviction with Adams County Case Number 2020CR3445.  Devon Montoya is on probation for the domestic violence conviction which expires on February 13, 2023.  Devon Montoya also has an active protection order which was issued by the 17th Judicial District Court OCA D0012020CR003445-020 for the dates of November 5, 2020, and expires on February 13, 2023.  The protection order prohibits Devon Montoya from possessing or purchasing a firearm or other weapons.

**Search of 11590 N. Pecos Street, Unit B101, Westminster, CO**

9. On April 12, 2022, Bureau of Alcohol, Tobacco, and Firearms (ATF), Special Agent Keith Wilson initiated an investigation while assisting Denver Police Department execute a state search warrant at 11590 N. Pecos Street, Unit B101, Westminster, CO 80234.

10. Prior to April 12, 2022, law enforcement was aware of drug trafficking activity at 11590 N. Pecos St., Unit B101, Westminster, Colorado.

11. On April 12, 2022, a search warrant was executed at 11590 N. Pecos Street, Unit B101, Westminster, Colorado, where several guns and various illegal drugs were found in a safe, including the following:

- $16,300.00 in United States currency; and
- Three pistol type firearms.

Upon completion of the search, law enforcement reviewed cell phone text messages that indicated on-going drug trafficking transactions, and there were records of drug trafficking transactions at the residence.

**April 12, 2022, Interview of Janeigha Chivara**

12. On April 12, 2022, investigators interviewed Janeigha Chivara, the girlfriend of defendant Devon Montoya, who was present during the execution of the state search warrant in the state investigation.

13. Janeigha Chivara stated that she worked at a T-Mobile and the cash in the safe was hers and she had been saving for the expected baby and a new apartment.

14. Janeigha Chivara stated that she was the purchaser and owner of the firearms that were located in the residence, in the same room as the safe containing the $16,300.00 in United States currency.

15. When asked to sign the ATF Form 3400.23 for the $16,300.00 in United States currency, Janeigha Chivara refused to sign the transferer portion of the form. SA Wilson provided Janeigha Chivara with a copy of the ATF Form 3400.23.

**April 14, 2022, Telephone Call with Janeigha Chivara**

16. On or about April 22, 2022, in response to numerous inquiries made by Janeigha Chivara regarding the status of the $16,300.00 in United States currency seized, Group Supervisor (GS) Jeffrey Russell contacted Janeigha Chivara by telephone and advised her of the circumstances of the investigation. Janeigha Chivara advised GS Jeffrey Russell that she had proof of that the $16,300.00 in United States currency was hers and lawfully obtained and offered to mail the documents to GS Russell. GS Russell provided Chivara the mailing address for the ATF Denver Field Division office located at 950 17th Street, Suite 1800, Denver, CO 80202.

**April 20, 2022**

17. On or about April 20, 2022, DPD Detective Danny Perez advised SA Wilson that after reviewing Montoya's jail calls Detective Danny Perez listened to Montoya advise Chivara to have her brother make fraudulent pay stubs to provide to investigators. Additionally, Detective Perez informed SA Wilson about an open investigation being conducted by Westminster Police Department (WPD) where

Montoya using the alias Devin Martinez had defrauded a victim identified as Aspen Tengler, of approximately $4,850.00 for services that had never been rendered.

**April 26, 2022**

18.     On or about April 26, 2022, SA Wilson received a United States Postal Service (USPS) priority mail express envelope from Janeigha Chivara containing the following financial documents:

   a) ADP paystub for $758.80 from Xclusive Trading Co. Inc. for the dates of March 14, 2022, to March 27, 2022, paid to Janeigha Annette Chavara at 4710 West Tennessee Avenue, Denver, CO 80219;

   b) An earnings statement for an advance of salary for $3,557.37 from "Eclusives+LLC" and EIN 87-1391075, for the dates of March 8, 2022 to April 4, 2022, paid to Devon N. Montoya at 1430 W. 116th Ave. Apt. 35, Westminster, CO 80234. The paystub number lists 7598. The detachable paycheck lists check number 7597, the company is listed as Exclusives+ with an address of 1430 W. 116th Avenue, Westminster, CO 80234 and the payee information is listed as Devon N. Montoya 1430 W. 116th Avenue, Apt. 35, Westminster, CO 80234.

   c) A copy of the officer of the Secretary of State of the State of Colorado Limited Liability Company registration and Articles of Organization for a Limited Liability Company for Exclusives+LLC and entity ID # 20211889191 listing the LLC as formed on September 26, 2021. The address listed for Exclusives+LLC is 1430 West 116th Ave.,

      Apartment 3035, Westminster, CO 80234, US. The Registered Agent for the LLC is Devon Montoya.

    d) A copy of a handwritten letter signed by Janeigha Chivara where Janeigha Chivara explains attached are paystubs from her and Montoya's employment and that they began saving when Janeigha Chivara and Devon Montoya learned Janeigha Chivara was pregnant.

19. On May 5, 2022, SA Wilson contacted Janeigha Chivara and informed her that the funds could be returned. Janeigha Chivara agreed to meet at the ATF Denver FD on May 6, 2022, at 11:00 a.m.

**May 6, 2022 Interview of Janeigha Chavira**

20. On May 6, 2022, SA Wilson met Janeigha Chivara in the building lobby and she agreed to come to an interview room to complete some paperwork. This interview room was audio and video recorded.

21. SA Wilson advised Janeigha Chivara that after doing some additional investigating into the seized $16,300.00 in United States currency, Wilson learned that the documents Janeigha Chivara provided to investigators as proof of her and Devon Montoya's legitimate income was believed to be fraudulent.

22. SA Wilson confirmed that the handwriting on the USPS envelope, the internal envelope and handwritten letter attached to several pay stubs for Janeigha Chavira and Devon Montoya were hers, Chavira confirmed the handwriting was hers.

23. SA Wilson advised Janeigha Chivara that investigators were aware that the pay stubs she sent to ATF were fraudulently generated after she spoke with Devon Montoya.

24. SA Wilson further advised Janeigha Chivara, that a query of all income since 2020 and unemployment for Janeigha Chivara and Devon Montoya was conducted and there wasn't enough income to justify the amount of United States currency found.

25. Janeigha Chivara stated she was unaware of Devon Montoya's businesses; however, she had just recently started helping him write "bid" contracts for his landscaping company.

26. Janeigha Chivara stated she had previously worked for Noodles and Company, a subcontractor of T-Mobile and Montoya's LLC.

27. Janeigha Chivara stated that the pay stubs she provided to investigators were made by her brother. She stated she was unaware of how to obtain that information, but her brother had the ability to access those types of things online because his boyfriend had a past in criminal records.

28. SA Wilson explained Title 18 U.S.C. § 1001 (False Statements), Title 18 U.S.C. § 1341 (Fraud and Swindles), and Title 18 U.S.C. § 371 (Conspiracy) to Janeigha Chivara, who stated she understood each of the statutes.

29. Janeigha Chivara stated she was expecting a newborn in a couple weeks and the United States currency was what she and Devon Montoya had been saving since fall of 2021.

30. SA Wilson advised that Janeigha Chivara had implicated herself in a conspiracy to commit fraud and mail fraud.

31. At the conclusion of the interview, Janeigha Chivara completed an ATF Form 3040,1 Consent to Forfeiture to Destruction of Property and Waiver of Notice and an ATF Form 3400.23 Receipt for Property and Other Items for the $16,300.00 in United States currency. Both forms were signed by Janeigha Chivara, dated May 6, 2022, and witnessed by ATF SA Jon Dennis.

### WAGES

32. A search of the Colorado State wages database revealed that Devon Nathan Montoya has reported income of $13,343.76 for 2020, with no wages reported for 2021 and 2022. Between August 2020 and July 2021, there were payments to Devon Nathan Montoya from Colorado Unemployment of $2,363.00, with nothing dispersed after December 13, 2020. On approximately May 20, 2021, Devon Nathan Montoya received a Federal Paycheck Protection Program Loan in the amount of $3,750.00.

33. A search of the Colorado State wages database shows that Janeigha Chavira has reported income of $21,083.32 for 2021 and $4,600.86 for 2022.

### CRIMINAL CHARGES

34. Devon Nathan Montoya has been charged in Adams County case no. 2020CR3445 with one count of assault 2 strangulation heat of passion, one count of assault 2 strangulation, one count of felony menacing real/simulated weapon, two counts of child abuse knowingly reckless no injury, one count assault 3 know/reckless cause injury.

35. Devon Nathan Montoya has been charged in Denver County case 2022cr15048 with one count of Colorado Organized Crime Control Act (COCCA) – pattern of racketeering, one count of murder 1 – extreme indifference-csp, four counts of murder 1- extreme indifference-att, three counts of assault 1 – extreme indifference-att, two counts firearm – illegal discharge, and one count of violation p/o-crim-firearm/ammo/docs.

36. Based on the facts and circumstances described above, evidence shows that defendant $16,300.00 in U.S. currency was derived from or was involved in illegal drug trafficking.

<u>VERIFICATION OF KEITH WILSON
SPECIAL AGENT, BUREAU OF ALCOHOL, TOBACCO, FIREARMS &
EXPLOSIVES</u>

I, Special Agent, Keith Wilson, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

<u>s/ Keith Wilson</u>
Keith Wilson
Special Agent - ATF

<u>FIRST CLAIM FOR RELIEF</u>

37. The Plaintiff repeats and incorporates by reference the paragraphs above.

38. By the foregoing and other acts, defendant $16,300.00 in United States currency, constitutes moneys, negotiable instruments, securities, or other

things of value furnished, or intended to be furnished by any person in exchange for a controlled substance, proceeds traceable to such an exchange, and/or moneys, negotiable instruments, and/or securities used or intended to be used to facilitate violations of 21 U.S.C. § 801, *et seq*., and is therefore forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States prays for entry of a final order of forfeiture for defendant $16,300.00 in United States currency in favor of the United States, that the United States be authorized to dispose of the property in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant property and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 9th day of December, 2022.

Respectfully submitted,

COLE FINEGAN
United States Attorney


By: *s/ Kurt J. Bohn*
Kurt J. Bohn
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Ste. 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: kurt.bohn@usdoj.gov
*Attorney for the United States*